UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

SAFIA AHMED,

                    Defendant.

Case No. MJ13-380

**DETENTION ORDER**

Offense charged:

    Conspiracy to Commit Mail Fraud.

Date of Detention Hearing:  July 31, 2013.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    There are no conditions of release which will reasonably assure the defendant's appearance as required.  Mrs. Ahmed is originally from Somalia, married, and a green card

DETENTION ORDER - 1

1  holder.  It is reported the defendant is involved in a personal intimate relationship with co-

2  defendant, Joseph Nkunzi, in this case.  There is no additional information available regarding

3  defendant's personal history, residence, family ties, or ties to the Western District of

4  Washington.

5        It is therefore **ORDERED**:

6        (1)     Defendant shall be detained pending trial and committed to the custody of the

7  Attorney General for confinement in a correctional facility separate, to the extent practicable,

8  from persons awaiting or serving sentences, or being held in custody pending appeal;

9        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

10 counsel;

11       (3)     On order of a court of the United States or on request of an attorney for the

12 Government, the person in charge of the correctional facility in which Defendant is confined

13 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

14 connection with a court proceeding; and

15       (4)     The Clerk shall direct copies of this order to counsel for the United States, to

16 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

17 Officer.

18       DATED this 31st day of July, 2013.

19

20                                          _____

21                                          DEAN BRETT
                                            United States Magistrate Judge

22

23

DETENTION ORDER - 2